ATTACHMENT A.
JUNEAU POLICE DEPARTMENT,

J.P.D. CHIEF DEREK BOS,
J.P.D. SGT. GARZA,
J.P.D. OFFICER SAVAGE,
J.P.D. OFFICER MALONE,
J.P.D. OFC. VAUGHAN,
J.P.D. OFC. HENNINGS-BOOTH,
J.P.D. OFC. HERRICK,