On or about August 21st, 2022 at about 6-10 p.m. I the plaintiff was sitting on my boat the S.S.V Care free when I was approached by law enforcement. The Defendants Patrick Vaughan, Christopher Herrick, and Beckett Savage were the Juneau police on duty who approached my boat to inform me I have an active warrant for my arrest. The defendants and Hannah Monroe initiated contact by shining her flashlight in my boat. Monroe demanded that I identify myself and asked me if I had any weopons. I was looking for my I,D. card to comply with Monroe's demand and the Seargent on shift attempted to board my vessel with no search warrant. I told the Seargent "You do not have permission to board my vessel" The Seargent defendant Vaughan told me "Well you nedd to come out here and talk to us". I complied and got off the vessel when Monroe told me I am under arrest for an active warrant. The Defendants Vaughan, Beckett Savage, and Christopher Herrick grabbed a hold of my arms while I was complying torking my arms in different directions making me look like I was resisting arrest. The defendants then began to punch me, kick me, elbow me and even hit me in the head with a metal weopon. One of the defendants even broke his hand by punching me on my head.

This lead to my arrest, but the ultimate factor is the defendants beat me unconstitutionally for having a pending warrant for a sex offense in which was later dismissed with prejudice. The defendants violated my 4th, 8th, and 14th Amendment rights, mainly excessive force that lead to medical treatment.

Chief Derek Bos is a Defendant who is responsible for his officers training and liable for their actions with excessive force. Defendant Bos is responsible for my injuries and the beating I went through by his officers. Bos failed to train officers to use proper method similar to a Felony stop, so it prevents issues relating to the beating I had unlawfully took. Defendant Bos violated my 4th, 8th, and 14th Amendmemnt protections. Responsible for failing to train officers in not usin excessive force. Evidence of these violations of my constitutionaly amendment rights can easily be obtained via discovery petaining to my arrest in Juneau Alaska. Further evidence may be obtained in the form of medical records located at Bartlett Regional Medical Center located in Juneau Alaska, where upon arrival at the medical center, I recieved medical treatment in the form of stitches and the doctor warned J.P.D. officers that i had a concussion. After this head trauma, i experienced a signifiacant loss in vision in both of my eyes andregular migraines.