| INCIDENT NUMBER:<br>220821-005 | **JUNEAU POLICE<br>DEPARTMENT**<br><br>**INCIDENT REPORT** | ORI #<br>AK0010300 |
|---|---|---|

## ADMINISTRATIVE INFORMATION

| REPORT DATE<br>08/21/2022 21:00:36 | INCIDENT START DATE<br>08/21/2022 21:00:36 | DOW<br>1 | INCIDENT END DATE<br>08/21/2022 21:19:00 | INCIDENT DESCRIPTION<br>DIST - DISTURBANCE |
|---|---|---|---|---|

| LOCATION OF INCIDENT<br>11497 AUKE BAY HARBOR RD D4 JUNEAU AK | OFFENSE TRACT<br>WEST VALLEY - WEST | CASE STATUS<br>CLEARED |
|---|---|---|

| EVIDENCE COLLECTED ☐ | WEATHER<br>CLOUDY | TEMP | LIGHTING | EXCEPTIONAL CLEARANCE | EXC CL DATE |
|---|---|---|---|---|---|

## OFFENSE INFORMATION

| STATUTE CODE<br>AS 11.41.230(A) | STATUTE DESCRIPTION<br>ASSAULT 4TH PO (INJURY) | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|

| UNITS ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS<br>1 | COMPLETED ☐ | F/M<br>M |
|---|---|---|---|---|---|---|---|---|

| LOCATION TYPE | BIAS MOTIVATION<br>NONE | CRIMINAL ACTIVITY<br>NO GANG INVOLVEMENT |
|---|---|---|

| STATUTE CODE<br>AS 11.41.230(A) | STATUTE DESCRIPTION<br>ASSAULT 4TH PO (INJURY) | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|

| UNITS ENTERED ____ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS<br>1 | COMPLETED ☐ | F/M<br>M |
|---|---|---|---|---|---|---|---|---|

| LOCATION TYPE | BIAS MOTIVATION<br>NONE | CRIMINAL ACTIVITY<br>NO GANG INVOLVEMENT |
|---|---|---|

## VICTIM INFORMATION

| VIC#<br>1 | SAME AS COMPLAINANT ☐ | NAME (LAST, FIRST MIDDLE)<br>VAUGHAN PATRICK JAMES | HOME # | CELL # | WORK #<br>907-586-0600 |
|---|---|---|---|---|---|

| ADDRESS<br>6255 ALAWAY AVE JUNEAU AK 99801 | EMAIL |
|---|---|

| | AGE<br>35 | TO AGE | SEX<br>M | RACE<br>W | ETHNICITY<br>N | RESIDENT STATUS<br>RESIDENT | HEIGHT | WEIGHT<br>0 |
|---|---|---|---|---|---|---|---|---|

| EYE COLOR | HAIR COLOR | SSN<br>◆◆◆◆◆◆◆◆◆◆ | OLN #<br>7433620 | OLN STATE<br>AK |
|---|---|---|---|---|

| SCARS/MARKS/TATTOOS |
|---|

| EMPLOYER/SCHOOL<br>JUNEAU POLICE | OCCUPATION<br>MILITARY / POLICE | ADDRESS<br>6255 ALAWAY AVE JUNEAU AK 99801- |
|---|---|---|

| TYPE OF VICTIM<br>POLICE OFFICER | AGGRAVATED ASSAULT CIRCUM | JUST HOM CIRCUM | STATEMENT ☐ | DOMESTIC ☐ |
|---|---|---|---|---|

| INJURY TYPE | | RELATIONSHIP TO OFFENDER 1-10 | | Offenses Involved 1-10 | |
|---|---|---|---|---|---|
| ☐ None | ☐ Unconscious | 1: 15 | 6: | 1: | 6: |
| ☑ Minor | ☐ Lacerations | 2: | 7: | 2: | 7: |
| ☐ Internal | ☐ Bones | 3: | 8: | 3: | 8: |
| ☐ Teeth | ☐ Other | 4: | 9: | 4: | 9: |
| | | 5: | 10: | 5: | 10: |

## COMPLAINANT INFORMATION

| NAME (LAST, FIRST MIDDLE)<br>JUDSON, ERIKA LEE | HOME # | CELL #<br>907-723-9807 | WORK #<br>907-650-7748 | STATEMENT ☐ |
|---|---|---|---|---|

| ADDRESS<br>STATTER HARBOR  D3 210466 JUNEAU  AK 99801 | EMAIL |
|---|---|

| DOB | AGE<br>33 | SEX<br>F | RACE<br>W | ETHNICITY<br>N | RESIDENT STATUS<br>RESIDENT | OLN #<br>7162072 | OLN STATE<br>AK |
|---|---|---|---|---|---|---|---|

## OFFICER INFORMATION

| REPORTING OFFICER<br>SAVAGE, BECKETT M<br>212 | REVIEWING OFFICER<br>GARZA, NICHOLAS A<br>166 | APPROVING OFFICER<br>GARZA, NICHOLAS A<br>166 |
|---|---|---|

03/22/2023 13:39:18     Page 1   of 24

**VICTIM INFORMATION**

| VIC# 2 | SAME AS COMPLAINANT ☐ | NAME (LAST, FIRST MIDDLE) HERRICK CHRISTOPHER COULSON | HOME # | CELL # | WORK # |

| ADDRESS 6255 ALAWAY AVENUE AK | EMAIL |

| DOB | AGE 26 | TO AGE | SEX M | RACE W | ETHNICITY N | RESIDENT STATUS RESIDENT | HEIGHT | WEIGHT 0 |

| EYE COLOR | HAIR COLOR | SSN ♦♦♦♦♦♦♦♦♦♦♦♦ | OLN # | OLN STATE |

| SCARS/MARKS/TATTOOS |

| EMPLOYER/SCHOOL | OCCUPATION | ADDRESS |

| TYPE OF VICTIM POLICE OFFICER | AGGRAVATED ASSAULT CIRCUM | JUST HOM CIRCUM | STATEMENT ☐ | DOMESTIC ☐ |

| INJURY TYPE | | RELATIONSHIP TO OFFENDER 1-10 | | Offenses Involved 1-10 | |
|---|---|---|---|---|---|
| ☐ None | ☐ Unconscious | 1: 15 | 6: | 1: | 6: |
| ☑ Minor | ☐ Lacerations | 2: | 7: | 2: | 7: |
| ☐ Internal | ☐ Bones | 3: | 8: | 3: | 8: |
| ☐ Teeth | ☐ Other | 4: | 9: | 4: | 9: |
| | | 5: | 10: | 5: | 10: |

| VIC# 3 | SAME AS COMPLAINANT ☐ | NAME (LAST, FIRST MIDDLE) MALONE HANNAH RENE | HOME # | CELL # | WORK # |

| ADDRESS 6255 ALAWAY AVE JUNEAU AK 99801 | EMAIL |

| DOB | AGE 35 | TO AGE | SEX F | RACE W | ETHNICITY N | RESIDENT STATUS RESIDENT | HEIGHT | WEIGHT 0 |

| EYE COLOR BLUE | HAIR COLOR 02 | SSN ♦♦♦♦♦♦♦♦♦♦♦♦ | OLN # | OLN STATE |

| SCARS/MARKS/TATTOOS |

| EMPLOYER/SCHOOL | OCCUPATION MILITARY / POLICE | ADDRESS |

| TYPE OF VICTIM POLICE OFFICER | AGGRAVATED ASSAULT CIRCUM | JUST HOM CIRCUM | STATEMENT ☐ | DOMESTIC ☐ |

| INJURY TYPE | | RELATIONSHIP TO OFFENDER 1-10 | | Offenses Involved 1-10 | |
|---|---|---|---|---|---|
| ☐ None | ☐ Unconscious | 1: 15 | 6: | 1: | 6: |
| ☑ Minor | ☐ Lacerations | 2: | 7: | 2: | 7: |
| ☐ Internal | ☐ Bones | 3: | 8: | 3: | 8: |
| ☐ Teeth | ☐ Other | 4: | 9: | 4: | 9: |
| | | 5: | 10: | 5: | 10: |

| VICTIM INFORMATION |
|---|

| VIC# 4 | SAME AS COMPLAINANT ☐ | NAME (LAST, FIRST MIDDLE) SAVAGE BECKETT MCCRAE | HOME # | CELL # 907-723-3770 | WORK # 907-500-0862 |
|---|---|---|---|---|---|

| ADDRESS 6255 ALAWAY AVE. JUNEAU AK 99801- | EMAIL |
|---|---|

| DOB ▓▓▓▓ | AGE 24 | TO AGE | SEX M | RACE W | ETHNICITY N | RESIDENT STATUS RESIDENT | HEIGHT 700 | WEIGHT 160 |
|---|---|---|---|---|---|---|---|---|

| EYE COLOR BLUE | HAIR COLOR BROWN | SSN ◆◆◆◆◆◆◆◆◆◆ | OLN # 7481598 | OLN STATE AK |
|---|---|---|---|---|

| SCARS/MARKS/TATTOOS |
|---|

| EMPLOYER/SCHOOL JPD | OCCUPATION | ADDRESS |
|---|---|---|

| TYPE OF VICTIM POLICE OFFICER | AGGRAVATED ASSAULT CIRCUM | JUST HOM CIRCUM | STATEMENT ☐ | DOMESTIC ☐ |
|---|---|---|---|---|

| INJURY TYPE | | RELATIONSHIP TO OFFENDER 1-10 | | Offenses Involved 1-10 | |
|---|---|---|---|---|---|
| ☐ None | ☐ Unconscious | 1: 15 | 6: | 1: | 6: |
| ☑ Minor | ☐ Lacerations | 2: | 7: | 2: | 7: |
| ☐ Internal | ☐ Bones | 3: | 8: | 3: | 8: |
| ☐ Teeth | ☐ Other | 4: | 9: | 4: | 9: |
| | | 5: | 10: | 5: | 10: |

| VIC# | SAME AS COMPLAINANT ☐ | NAME (LAST, FIRST MIDDLE) | HOME # | CELL # | WORK # |
|---|---|---|---|---|---|

| ADDRESS | EMAIL |
|---|---|

| DOB | AGE | TO AGE | SEX | RACE | ETHNICITY | RESIDENT STATUS | HEIGHT | WEIGHT |
|---|---|---|---|---|---|---|---|---|

| EYE COLOR | HAIR COLOR | SSN | OLN # | OLN STATE |
|---|---|---|---|---|

| SCARS/MARKS/TATTOOS |
|---|

| EMPLOYER/SCHOOL | OCCUPATION | ADDRESS |
|---|---|---|

| TYPE OF VICTIM | AGGRAVATED ASSAULT CIRCUM | JUST HOM CIRCUM | STATEMENT ☐ | DOMESTIC ☐ |
|---|---|---|---|---|

| INJURY TYPE | | RELATIONSHIP TO OFFENDER 1-10 | | Offenses Involved 1-10 | |
|---|---|---|---|---|---|
| ☐ None | ☐ Unconscious | 1: | 6: | 1: | 6: |
| ☐ Minor | ☐ Lacerations | 2: | 7: | 2: | 7: |
| ☐ Internal | ☐ Bones | 3: | 8: | 3: | 8: |
| ☐ Teeth | ☐ Other | 4: | 9: | 4: | 9: |
| | | 5: | 10: | 5: | 10: |

Case 1:25-cv-00012-SLG     Document 1-3     Filed 08/18/25     Page 3 of 26

| INVOLVEMENT TYPE<br>SUBJECT | NAME (LAST, FIRST MIDDLE)<br>PILLANS, JESSICA MAE | | | | | HOME # | CELL #<br>406-291-5345 | | WORK # | |
|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS<br>11497 AUKE BAY HARBOR   JUNEAU AK 99801 | | | | | | EMAIL | | | | |
| DOB | AGE<br>27 | TO AGE | SEX<br>F | RACE<br>U | | | ETHNICITY<br>U | | HEIGHT<br>509 | WEIGHT<br>140 |
| EYE COLOR<br>BLUE | | | HAIR COLOR | | SSN | | OLN #<br>0306919954118 | | | OLN STATE<br>MT |
| SCARS/MARKS/TATTOOS | | | | | | | | | | STATEMENT<br>☐ |

| INVOLVEMENT TYPE<br>OTHER | NAME (LAST, FIRST MIDDLE)<br>PILLANS, AZAURA | | | | | HOME # | CELL # | | WORK # | |
|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS<br>11497 AUKE BAY HARBOR   JUNEAU AK 99801 | | | | | | EMAIL | | | | |
| | AGE<br>6 | TO AGE | SEX<br>F | RACE | | | ETHNICITY | | HEIGHT | WEIGHT |
| EYE COLOR | | | HAIR COLOR | | SSN | | OLN # | | | OLN STATE |
| SCARS/MARKS/TATTOOS | | | | | | | | | | STATEMENT<br>☐ |

| INVOLVEMENT TYPE | NAME (LAST, FIRST MIDDLE) | | | | | HOME # | CELL # | | WORK # | |
|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | | EMAIL | | | | |
| DOB | AGE | TO AGE | SEX | RACE | | | ETHNICITY | | HEIGHT | WEIGHT |
| EYE COLOR | | | HAIR COLOR | | SSN | | OLN # | | | OLN STATE |
| SCARS/MARKS/TATTOOS | | | | | | | | | | STATEMENT<br>☐ |

| INVOLVEMENT TYPE | NAME (LAST, FIRST MIDDLE) | | | | | HOME # | CELL # | | WORK # | |
|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | | EMAIL | | | | |
| DOB | AGE | TO AGE | SEX | RACE | | | ETHNICITY | | HEIGHT | WEIGHT |
| EYE COLOR | | | HAIR COLOR | | SSN | | OLN # | | | OLN STATE |
| SCARS/MARKS/TATTOOS | | | | | | | | | | STATEMENT<br>☐ |

| INVOLVEMENT TYPE | NAME (LAST, FIRST MIDDLE) | | | | | HOME # | CELL # | | WORK # | |
|---|---|---|---|---|---|---|---|---|---|---|
| ADDRESS | | | | | | EMAIL | | | | |
| DOB | AGE | TO AGE | SEX | RACE | | | ETHNICITY | | HEIGHT | WEIGHT |
| EYE COLOR | | | HAIR COLOR | | SSN | | OLN # | | | OLN STATE |
| SCARS/MARKS/TATTOOS | | | | | | | | | | STATEMENT<br>☐ |

| SUSPECT # | NAME (LAST, FIRST MIDDLE) | DOB | AGE | TO AGE |
|---|---|---|---|---|
| 1 | PILLANS, WILLIAM JAMES | 8/18/1996 | 26 | |

| ADDRESS | OLN # | OLN STATE |
|---|---|---|
| 11497 AUKE BAY HARBOR  D4  JUNEAU AK 99801 | 0807419964118 | MT |

| HOME # | CELL # | WORK # | SSN | ETHNICITY U | SEX M | RACE U | HEIGHT 511 |
|---|---|---|---|---|---|---|---|

| WEIGHT 170 | HAIR COLOR | HAIR STYLE | HAIR LENGTH | EYE COLOR BLUE | GLASSES ☐ | BUILD | COMPLEXION |
|---|---|---|---|---|---|---|---|

| SCARS, MARKS, TATTOOS | FACIAL HAIR | TEETH | SPEECH/VOICE |
|---|---|---|---|

| CLOTHING |
|---|

| DOMINANT HAND | RESIDENTIAL STATUS | WEAPON TYPE |
|---|---|---|

**OFFENSES INVOLVED 1-10**

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| 6 | 7 | 8 | 9 | 10 |

| SUSPECT # | NAME (LAST, FIRST MIDDLE) | DOB | AGE | TO AGE |
|---|---|---|---|---|
| | | | | |

| ADDRESS | OLN # | OLN STATE |
|---|---|---|

| HOME # | CELL # | WORK # | SSN | ETHNICITY | SEX | RACE | HEIGHT |
|---|---|---|---|---|---|---|---|

| WEIGHT | HAIR COLOR | HAIR STYLE | HAIR LENGTH | EYE COLOR | GLASSES ☐ | BUILD | COMPLEXION |
|---|---|---|---|---|---|---|---|

| SCARS, MARKS, TATTOOS | FACIAL HAIR | TEETH | SPEECH/VOICE |
|---|---|---|---|

| CLOTHING |
|---|

| DOMINANT HAND | RESIDENTIAL STATUS | WEAPON TYPE |
|---|---|---|

**OFFENSES INVOLVED 1-10**

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| 6 | 7 | 8 | 9 | 10 |

Case 1:25-cv-00012-SLG    Document 1-3    Filed 08/18/25    Page 5 of 26

| STATUTE CODE<br>AS 11.41.230(A) | STATUTE DESCRIPTION<br>ASSAULT 4TH PO (INJURY) | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS ENTERED ___ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS 1 | COMPLETED ☐ | F/M M |
| LOCATION TYPE | | | BIAS MOTIVATION NONE | | | CRIMINAL ACTIVITY NO GANG INVOLVEMENT | | |

| STATUTE CODE<br>AS 11.41.230(A) | STATUTE DESCRIPTION<br>ASSAULT 4TH PO (INJURY) | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS ENTERED ___ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS 1 | COMPLETED ☐ | F/M M |
| LOCATION TYPE | | | BIAS MOTIVATION NONE | | | CRIMINAL ACTIVITY NO GANG INVOLVEMENT | | |

| STATUTE CODE<br>AS 11.56.700(a) | STATUTE DESCRIPTION<br>RESISTING/INTERFERING WITH ARREST (ASSAULTIVE-LEOKA) - | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS ENTERED ___ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS 1 | COMPLETED ☐ | F/M M |
| LOCATION TYPE | | | BIAS MOTIVATION NONE | | | CRIMINAL ACTIVITY NO GANG INVOLVEMENT | | |

| STATUTE CODE<br>AS 12.70.010 | STATUTE DESCRIPTION<br>FUGITIVES FROM OTHER STATES AND DUTY OF GOVERNOR | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS ENTERED ___ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS 1 | COMPLETED ☐ | F/M I |
| LOCATION TYPE | | | BIAS MOTIVATION NONE | | | CRIMINAL ACTIVITY NO GANG INVOLVEMENT | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS ENTERED ___ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | | BIAS MOTIVATION | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS ENTERED ___ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | | BIAS MOTIVATION | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS ENTERED ___ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | | BIAS MOTIVATION | | | CRIMINAL ACTIVITY | | |

| STATUTE CODE | STATUTE DESCRIPTION | | | | | TYPE OF WEAPON USED | | |
|---|---|---|---|---|---|---|---|---|
| UNITS ENTERED ___ | FORCED ENTRY ☐ | COMPUTER USE ☐ | ALCOHOL USE ☐ | DRUG USE ☐ | SECURITY TYPE | COUNTS | COMPLETED ☐ | F/M |
| LOCATION TYPE | | | BIAS MOTIVATION | | | CRIMINAL ACTIVITY | | |

03/22/2023 13:39:18          Page 6    of 24

| INCIDENT NUMBER:<br>220821-005 | JUNEAU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI #<br>AK0010300 |
|---|---|---|
| | NARRATIVE | ☐ JUVENILE |

**NARRATIVE TITLE:** Narrative From CAD

**NARRATIVE:**

Person Name: JUDSON, ERIKA LEE
, Category: COMP, Date Birth: ▮▮▮▮▮▮ Age Min: 33, Age Max: 0
, Sex: F, Race: W, Ethnicity: U, Height: 507, Weight: 190, License State: AK, License_Number:
7162072
Business Name:

Complaint Type: DIST - DISTURBANCE
Caller Name: JUDSON, ERIKA LEE
Officer ID: 166, Officer Name: GARZA, NICK A

[8/21/2022 23:49:51 : pos3 : amstorbeck]
Unit : 212
187: CHARGES WILL BE 4 COUNTS ASSAULT ON A PO, RESISTING, AND FUGTIVE FROM
JUSTICE

[8/21/2022 22:40:17 : pos1 : cmsmith]
ATN 117 684 315
CASE 220821-005

[8/21/2022 22:08:17 : pos3 : amstorbeck]
Unit : 166
CHARGES WILL PROBABLY BE ASSAULT ON PO 3-4 COUNTS FUGITIVE FROM JUSTICE AND
RESISTING

[8/21/2022 21:59:05 : pos1 : cmsmith]
Unit : 216
TRANSPORTING PILLANS TO BRH

[8/21/2022 21:48:27 : pos1 : cmsmith]



[8/21/2022 21:46:48 : pos1 : cmsmith]
Unit : 212
WW JESSICA PILLANS DOB▮▮▮▮▮▮5 - OUT OF MT

Case 1:25-cv-00012-SLG     Document 1-3     Filed 08/18/25     Page 7 of 26

| NARRATIVE | ☐ JUVENILE |
| --- | --- |

**NARRATIVE TITLE:**   Narrative From CAD

**NARRATIVE:**

[8/21/2022 21:42:36 : pos1 : cmsmith]
CASE 220821-005

[8/21/2022 21:38:05 : pos1 : cmsmith]
Unit : 166
ONE OFFICER NEEDS TO BE LOOKED AT AS WELL

[8/21/2022 21:37:50 : pos1 : cmsmith]
Unit : 166
WILLIAM IS BLEEDING FROM THE HEAD

[8/21/2022 21:36:49 : pos1 : cmsmith]
[Calls 2022-028461,2022-028464 are related.]

[8/21/2022 21:36:43 : pos1 : cmsmith]
Unit : 166
REQUESTS MEDICAL AT TOP OF THE RAMP

[8/21/2022 21:35:47 : pos1 : cmsmith]
Unit : 187
HE IS DETAINED

[8/21/2022 21:35:08 : pos1 : cmsmith]
Unit : 116
HEADING DOWN THE DOCK

[8/21/2022 21:34:57 : pos1 : cmsmith]
SOUNDS OF FIGHTING ON THE RADIO

[8/21/2022 21:27:14 : pos3 : amstorbeck]

| INCIDENT NUMBER:<br>220821-005 | JUNEAU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI #<br>AK0010300 |
|---|---|---|

| | NARRATIVE | ☐ JUVENILE |
|---|---|---|

**NARRATIVE TITLE:** Narrative From CAD

**NARRATIVE:**

[8/21/2022 21:27:01 : pos1 : cmsmith]
Unit : 187
WE ARE OUT WITH THE MALE

[8/21/2022 21:23:13 : pos1 : cmsmith]

| INCIDENT NUMBER:<br>220821-005 | JUNEAU POLICE<br>DEPARTMENT<br>INCIDENT REPORT<br>NARRATIVE | ORI #<br>AK0010300 |
|---|---|---|

| NARRATIVE | | ☐ JUVENILE |
|---|---|---|

**NARRATIVE TITLE:** Narrative From CAD

**NARRATIVE:**

Case 1:25-cv-00012-SLG    Document 1-3    Filed 08/18/25    Page 10 of 26

**NARRATIVE TITLE:** Narrative From CAD

**NARRATIVE:**

[8/21/2022 21:09:46 : pos1 : cmsmith]
Unit : 166
THIS IS GOING TO WAIT

[8/21/2022 21:07:43 : pos1 : cmsmith]
Cross streets: GLACIER HWY//
NBH: WEST VALLEY - WEST LOOP
Cross streets: GLACIER HWY//
Landmark: STATTER HARBOR
NBH: WEST VALLEY - WEST LOOP
C REPORTS SHE WAS PUSHED BY WILLIAM PILLANS. C ADVISES WILLIAM WAS ACTING
IRRATE AND WAS THROWING A BUNCH OF PROPERTY OFF IS HIS BOAT THAT BELONGED TO
HIS SISTER AND SISTER'S DAUGHTER ONTO THE DOCK AND THREW SOME TRASH ONTO
C'S BOAT. C THREW THE TRASH BACK ONTO WILLIAM'S BOAT. THERE WAS A
CONFRONTATION AND THEN WILLIAM PUSHED C.

WILLIAM'S SISTER (JESSICA PILLANS) AND SISTER'S DAUGHTER ARE CURRENTLY ON C'S
BOAT.

C'S BOAT: DUSTY ROCKS RED AND WHI BOAT

WILLIAM IS ON HIS BOAT (DIRECTLY ACROSS FROM C) SLIP D4 BOAT IS
NAMED``CAREFREE`` SAILBOAT WHITE WITH A BLU STRIP AND ZODIAK TIED TO THE FRONT.

| NARRATIVE | | ☐ JUVENILE |
| --- | --- | --- |

**NARRATIVE TITLE:** ACTIVITY BULLETIN

**NARRATIVE:**
SEE PRESS RELEASE

| NARRATIVE | ☐ JUVENILE |
| --- | --- |

NARRATIVE TITLE: SUPP BY ASSIST OFFICER - OFC MALONE

NARRATIVE:

On Sunday, 08/21/2022, at approximately 2107 hours, Erika Judson reported a disturbance at Statter Harbor (11497 Auke Bay Harbor Rd) involving two subjects who lived on a boat adjacent to her boat which was moored at D Float Slip #4. Judson reported that William Pillans had thrown his sister Jessica Pillans' belongings off their boat, The Carefree, and had been behaving in an irate and volatile manner. Judson further advised J. Pillans, and J. Pillan's 6-year-old daughter Azaura Pillans, were on now on Judson's boat, The Dusty Rocks, and that W. Pillans had walked off in an unknown direction wearing a green bomber-style jacket and blue jeans.

As Officer Savage (my FTEP recruit) and I were responding, Dispatch advised W. Pillans (DOB 08/18/1996) had multiple felony extraditable warrants for charges including sexual assault, sexual intercourse without consent, and assault on a peace officer, totaling $350,000, for his arrest out of Montana State. Dispatch additionally advised W. Pillans had numerous officer safety advisements listed in NCIC, including prior threats towards law enforcement, weapons charges, assaults and resisting arrest.

Officer Vaughan searched for W. Pillans on social media and was able to find a recent image posted on a Billy Pillans' Facebook page, who was out of Troy, Mt. He was able to send this photograph to myself and other responding officers.

Officer Hennings-Booth, Officer Savage and I arrived at Statter Harbor and walked down to D Float. Sgt Garza, Officer Vaughan and Officer Herrick began searching the surrounding area for W. Pillans. As I approached The Dusty Rocks, Judson told me that J. Pillans and Azaura were still on her boat and were waiting to speak with an officer. I shined my flashlight onto W. Pillans' boat, which was directly across from Judson's, and I observed a male subject sitting in the back area of the sailboat. I observed that this male subject fully matched the description given by Judson, and also matched the subject in the photograph.

I began speaking with the male and he refused to identify himself, I asked if he was William, he looked down and wouldn't answer. I advised the other responding officers I was out with W. Pillans. I then asked W. Pillans about the incident with his sister, and he stated he was tired of her "disrespect" and that after she had "thrashed" his boat, he had decided to kick her off their boat by tossing her stuff onto the dock. W. Pillans denied having been physical with J. Pillans and said he had not broken any of her belongings. I asked W. Pillans if he had any weapons and he was vague, initially saying he did but then denying having any.

Dispatch advised they had confirmed the warrants with the originating agency in Montana and that W. Pillans' extradition was confirmed. Once Sgt Garza, Officer Vaughan and Officer Herrick arrived at the boat, I told W. Pillans he was under arrest for his warrants. W. Pillans stated he was not going to get off the boat, but then stepped forward and was guided off and onto the dock by Sgt Garza. I grasped W. Pillans by his left arm and Officer Herrick grabbed his right arm. Officer Vaughan attempted to apply handcuffs to W. Pillans when he suddenly pulled forward, trying to move his arms to the front of his body, and lunging away. W. Pillans refused to comply with multiple verbal commands to stop resisting, and began actively fighting with officers, twisting and jerking his body, and attempting to kick. W. Pillans was taken to the ground where he continued to fight. During the struggle, my right hand and arm were scraped on the concrete dock, my left arm was bruised and my right knee was scraped and bruised. Due to the narrow confines of the dock and the proximity to water, combined with W. Pillans' refusal to comply with officers, there was a serious danger of falling into the harbor. I placed my right knee into the small of W. Pillans' back and ultimately was able to

**NARRATIVE TITLE:** SUPP BY ASSIST OFFICER - OFC MALONE

**NARRATIVE:**

secure his left arm. After his right arm was placed behind his back, I placed him into handcuffs.

W. Pillans was subsquently searched for weapons and means of escape, none were found. I observed W. Pillans was bleeding from his head and CCF/R was requested to evaluate him. During the altercation, Officer Savage received a scrape to his knee, and Officer Vaughan and Officer Herrick also sustained minor injuries. My Kenwood radio was damaged with the antenna snapped off during the scuffle.

W. Pillans was then escorted up to the top of the harbor, and Officer Savage and I remained on scene to speak with Judson and J. Pillans. Judson told me W. Pillans had pushed her after she had thrown trash he had thrown at her boat, back onto his boat. She stated she was not injured but had been concerned for J. Pillans and Azaura, and had let them onto her boat to get away from W. Pillans.

I then spoke with J. Pillans who told me she had been living with W. Pillans on The Carefree for the past several months, and up until tonight there had not been any issues. She said she was concerned W. Pillans was using illegal substances because of his violent behavior. She said she had not been injured in the prior incident with W. Pillans and none of her property was damaged. She stated she planned to return to the boat with her daughter.

Officer Vaughan and Officer Herrick transported W. Pillans to the Bartlett Regional Hospital (BRH) for further treatment and evaluation. Officer Savage and I also responded to BRH and stood by with W. Pillans until he was medically cleared. Officer Savage and I then transported W. Pillans to the Lemon Creek Correctional Center (LCCC) where he was lodged on 4 counts of Assault PO, Resisting Arrest and Fugitive from Justice.

I took no further action in this case.

Case 1:25-cv-00012-SLG   Document 1-3   Filed 08/18/25   Page 14 of 26

| NARRATIVE | ☐ JUVENILE |
| --- | --- |

**NARRATIVE TITLE:** SUPP BY ASSIST OFFICER - OFC Herrick

**NARRATIVE:**

On 08/21/2022 at approximately 2112 hours I heard on the radio that Officers Savage and Malone were attempting to contact a male subject that had been involved in a disturbance at Statter Harbor. I heard the male subject was William Pillans and that he had multiple felony extraditable warrants out of Flathead County, Montana. I read on my CAD screen that the warrants were for criminal offenses including sexual assault, sexual intercourse without consent, and assault on a peace officer, among other charges.

I responded to Statter Harbor. En route dispatch advised per NCIC that Pillans had multiple officer safety advisements to include prior assault and weapons charges, threats to blow up law enforcement, resisting arrest, and claims of mental illness.

Dispatch was unable to find a photo of Pillans on file so I searched Facebook and found a profile affiliated with a Billy Pillans from Troy, MT. The male in the photo appeared to be approximately the same age as the subject in this call. This photo was sent to other responding officers.

As Officer Vaughan and I were arriving at Statter Harbor I heard Ofc Malone state that they had located Pillans on his boat, the Carefree, at slip D4. We made our way to the boat. I observed the male that they were speaking to was the same person in the Facebook photograph.

Ofc. Malone advised Pillans of his warrants and that he was under arrest. Pillans stated in essence that he was not going to get off the boat and told officers to back away. Sgt. Garza got onto the boat and escorted him off. I grabbed Pillans' right arm as he was stepping onto the dock and held it behind his back to control him while Officer Vaughan got his handcuffs out. At this point Pillans began resisting by tensing up his arms and holding them near his chest. He was given multiple commands to put his arms behind his back and stop resisting, however he continued to not comply with orders.

Pillans was taken to the ground while I continued to try to gain control of his right arm, which was not tucked underneath his body. Due to his prior history of violent felony offenses, the officer safety advisements, his lack of obedience to lawful commands, active resistance, and the fact that officers were attempting to apprehend him on a narrow dock, I was concerned for the safety of everyone on scene. I delivered two strikes with my right knee to the area of his stomach while continuing to pull his arm behind his back to try to gain compliance.

Officers were eventually able to get both of his arms behind his back and handcuffs were applied. During the struggle my left knee was scraped on the ground, causing pain. My bodycam fell off during the altercation and I noticed a wallet laying on the ground. I opened the wallet and saw a credit card belonging to Williams Pillans. I placed this wallet in his pocket. I observed that Pillans' head was bleeding and his knees were scraped.

Sgt. Garza and I escorted Pillans back up to the parking lot where he was evaluated by CCFR. Paramedics recommended Pillans be taken to BRH for treatment prior to be lodged at LCCC. I then transported him to BRH.

I stood by at BRH while Pillans was evaluated by medical staff.

Later when I attempted to upload my photos of Pillans' injuries to Laserfiche, I noticed that the SD card on the camera appears to have been corrupted as the camera stopped working properly and was no longer reading photographs, either on the camera or when connected to a computer. I notified

| NARRATIVE | ☐ JUVENILE |
| --- | --- |

**NARRATIVE TITLE:** SUPP BY ASSIST OFFICER - OFC Herrick

**NARRATIVE:**

Sgt. Garza of the issue.

End report.

NARRATIVE TITLE:  ARREST REPORT - OFC Savage

NARRATIVE:

**Details:**
On 08/21/2022 at approximately 2107 hours, Erika Judson contacted JPD about William Pillans who had become irate on his boat and was throwing property belonging to his sister, Jessica Pillans. A check of APSIN revealed that W. Pillans had several extraditable warrants out of Montana. When placed under arrest, W. Pillans became aggressive and actively resisted causing minor injuries to Ofc. Malone, Ofc. Herrick, Ofc. Vaughan, and myself. While we were restraining W. Pillans, he received injuries that required medical attention. W. Pillans was charged with one count of Commitment to Await Requisition, one count of Resisting Arrest, and four counts of Assault in the Fourth on a Police Officer.

**Investigation:**
Enroute to Statter Harbor, I was told by dispatch W. Pillans had several felony warrants out of Montana and dispatch was trying to see if they were extraditable. I was informed by dispatch that Judson had stated that W. Pillans had left wearing a green bomber jacket and blue jeans. I was also provided a photo of W. Pillans. Dispatch advised that W. Pillans had officer safety advisements for being violent and a threat to law enforcement.

Ofc. Malone, Ofc. Hennings-Booth, and I arrived on scene at Statter Harbor and walked to Slip D4 where Judson's boat was moored. As we approached Judson's boat, I noticed W. Pillans sitting in the cabin of a sailboat moored directly across from Judson. W. Pillans clothing was an exact match to the description given to us by Judson and his face matched the photo I had seen. The cabin was located under a tarp that had been attached to the boat with bungie cords restricting full view and access to the deck and cabin. The dock was very dark with very little light coming from a lamp several yards away and the light coming from W. Pillans cabin.

 Ofc. Malone asked W. Pillans who he was and he wouldn't say. When asked if he was W. Pillans, he said no. W. Pillans said he wanted to tell us what was going on and stated that his sister, J. Pillans, had messed his boat up and "trashed it". W. Pillans said he threw all of J. Pillans' stuff on to the dock. When asked about having weapons on the boat or on his person, W. Pillans became defensive. When asked about guns or knives, after a long pause he answered by saying "maybe" and "possibly". While speaking with W. Pillans, dispatch told us that the warrants were valid and extraditable

Due to the history of violence with police that W. Pillans had we waited to inform him about his warrant until additional officers arrived. Sgt. Garza and Ofc's. Fermin, Herrick, and Vaughan arrived and Ofc. Malone informed W. Pillans about the warrant and told him he was under arrest. W. Pillans told us that he was not getting off his boat and that we needed to back away from him. I began to unhook the tarp that covered the deck and cabin. Sgt. Garza and I stepped onto the boat and escorted W. Pillans off the boat by his arms. W. Pillans said he was not going to resist as we helped him off the boat.

Ofc. Herrick took my place holding W. Pillans' arm and I stepped back to hold my flashlight so Ofc. Herrick could see as he put the handcuffs on. As soon as Ofc. Herrick pulled out his handcuffs, W. Pillans began to pull away from us. W. Pillans was given several loud verbal commands to stop resisting but he continued to try and pull away. I saw W. Pillans trying to kick at officers so I grabbed his legs and restrained them as we escorted him to the ground. W. Pillans tried to get his legs and arms under him in a sort of push up position. I pulled his legs straight back and knelt on the back of his thighs and held his feet. W. Pillans continued to strain against me and I could feel him flexing his legs and trying to kick backwards at me. I stayed in that position and held his legs until the other

**NARRATIVE**          ☐ **JUVENILE**

**NARRATIVE TITLE:**    ARREST REPORT - OFC Savage

**NARRATIVE:**

officers were able to place him into handcuffs.

Once W. Pillans was placed into handcuffs, he became compliant. I checked W. Pillans' pants for weapons and means of escape while Ofc. Vaughan checked his coat and shirt.

During the arrest W. Pillans received a cut to his forehead. Capital City Fire and Rescue (CCFR) was advised and W. Pillans injuries were photographed. I received a minor injury while restraining W. Pillans on the ground and three other officers received minor injuries as well.

Ofc. Malone, Ofc. Fermin and I stayed to interview Judson while the remaining officers escorted W. Pillans back to the parking lot to wait for CCFR. Judson told us that she was called us after seeing how W. Pillans was treating J. Pillans. Judson said she had found out about the warrants when she looked W. Pillans up online.

J. Pillans was staying on Judson's boat and came out to talk with us. In essence she told us that she and her daughter, Azaura Pillans were staying with W. Pillans on the boat that they both owned and that things were good until today (see Ofc. Malones report for details).

By the time Ofc. Malone, Ofc. Fermin, and I arrived back at the parking lot, CCFR had already checked out W. Pillans injuries and it was decided he required medical attention at Bartlett Regional Hospital (BRH). Ofc. Herrick transported W. Pillans to BRH. Ofc. Malone, Sgt. Garza and I accompanied them to BRH.

W. Pillans received several staples in his head for the injury he received. Sgt. Garza photographed the injuries Ofc.'s Malone, Herrick, Vaughan, and I had received.

After W. Pillans was medically cleared, I transported him to Lemon Creek Correctional Center, where he is held with no bail for one count of Commitment to Await Requisition, one count of Resisting Arrest, and four counts of Assault in the Fourth on a Police Officer.

BWC submitted to Laserfishe.

Case 1:25-cv-00012-SLG    Document 1-3    Filed 08/18/25    Page 18 of 26

| | NARRATIVE | ☐ JUVENILE |
|---|---|---|

**NARRATIVE TITLE:** SUPP BY ASSIST OFFICER - SGT GARZA

**NARRATIVE:**

DETAILS:

On 8/21/22 at about 2107 hours, I was advised of a pending disturbance call at Statter Harbor between a brother and sister. It was reported William Pillans was acting irate and was throwing property around the D Float at Statter Harbor. It was further reported William's sister Jessica Pillans had taken refuge on a separate vessel belonging to the complainant after William had shoved her.

Due to there being no officers available at the time of the dispatch, our response was delayed. Around 2114 hours, Officers Malone, Savage, Hennings-Booth and myself responded. As we were en route, I was advised by JPD Dispatch that William Pillans had an extradiitable, $350,000 felony warrant for his arrest out of Flathead County Montana for VCOR on original charges of sexual assault, sexual intercourse without consent, VCOR on charges of criminal endangerment, 2 counts of assault on a police officer, and resisting arrest. William also had an officer safety alert in NCIC about William being identified as a violent offender or a serious threat to law enforcement officers. The alert went on to request using extreme caution in approaching him. JPD Dispatch would later confirm Montana's intent to extradite William should we contact and arrest him. Based upon these notices, Ofc Vaughan and Ofc Herrick also responded to Statter Harbor.

William was located aboard his sailboat on D Float. After initial questioning about the disturbance, William was notified of the warrant for his arrest and Ofc Malone told William he was under arrest. At the time of the contact with William, he was aboard his sailboat, in a small berth at the stern of the boat. William began to exit the berth but then paused and attempted to retreat back into the berth, saying "get the fuck off my boat". I boarded the boat and grabbed William by the shirt and pulled him out of the berth and he eventually disembarked the boat voluntarily.

As William stepped onto the float, he was escorted down by Ofc Malone and Ofc Savage. When he was told to put his hands behind his back, William tensed up and then began to pull away from officers resulting in a swift response by all officers on scene to grab William and attempt to get him secured into handcuffs. William began to pull and twist away from officers. All six officers on the float grabbed William and tried to get him secured in handcuffs but he began pushing through towards the edge of the float while attempting to kick officers. William was taken to the ground and given loud verbal commands to put his hands behind his back which he refused as he continued to fight and pull away from officers. As a result, William was given several fist strikes and knee strikes in an attempt to overcome his resistance and stop his assaultive, aggressive behavior. After a struggle, William was eventually secured in handcuffs and brought to his feet where I observed he was bleeding from his head. I verified William was conscious and coherent. I requested CCFR to meet officers at the top of the gangway to asses Williams injuries.

After checking on the officers, I learned Ofc Malone had sustained several abrasions and cuts to her wrist, forearm and knee. Ofc Savage sustained an open abrasion to his knee, Ofc Vaughan had sustained an abrasion/contusion type injury to his thumb and an open abrasion to his knee and Ofc Herrick had sustained an open abrasion to his knee during the fight with William.

We escorted William to the Harbor Master parking lot where we met CCFR who assessed William. They determined his injuries would not require an ambulance transport but he would need to be taken to BRH for wound care. William was transported to BRH by Ofc Malone and his wounds were addressed by Emergency Room staff.

| NARRATIVE | ☐ JUVENILE |
| --- | --- |

**NARRATIVE TITLE:** SUPP BY ASSIST OFFICER - SGT GARZA

**NARRATIVE:**

While at BRH, I met with the injured officers and took photos of their various injuries all of which were visible and reported to have caused pain.

William was later transported to BRH where he was booked and lodged.

**NARRATIVE TITLE:** SUPP BY ASSIST OFFICER - OFC VAUGHAN

**NARRATIVE:**

On August 21st, 2022 at about 2107 hours, JPD responded to a reported DV incident where one of the involved parties was reported as Williams Parrins. Dispatch advised there was an NCIC entry that was as follows:



The warrants dispatch confirmed included one for forcible rape out of Montana.

Rec. Herrick and I were the last ones to arrive at the boat at Statter Harbor D4.

I overheard Ofc. Malone talking to a male on a boat, told him he was under arrest and that he wasn't being charged with anything additional at that time.

I heard the male say not to get on his vessel. He said he wouldn't comply. At that time I drew my taser and maneuvered around in case I needed to deploy it.

Sergeant Garza stepped partially on the vessel and the male appeared to comply. As he stepped off the vessel he said he wasn't going to fight.

As his hands were placed behind his back I grabbed my handcuffs in an attempt to handcuff him. As I did, the male started fighting and removing his hands from behind his back. As he did he began pushing into me and pushing us towards the end of the slip which was about 6ft away.

Sergeant Garza, Ofc. Malone, Rec. Savage, Ofc. Hennings-Booth (HB) and Rec. Herrick all attempted to subdue him without strikes or escalated force options. As he continued to fight I began to grab and pull the male to the ground by using a pressure point on his mandible.

As we got closer to the ground the male was still resisting and fighting. I heard him say something similar to "I haven't done anything wrong since I got here".

Case 1:25-cv-00012-SLG     Document 1-3     Filed 08/18/25     Page 21 of 26

| NARRATIVE | ☐ JUVENILE |
|---|---|

**NARRATIVE TITLE:** SUPP BY ASSIST OFFICER - OFC VAUGHAN

**NARRATIVE:**

As we continued to struggle with the male I felt him pushing into me, inching us closer to the end of the slip. After a while of struggling against him, I felt the chance of us going into the water was increasing quickly. I began punching the male in the face with my right fist. I landed 3 or 4 strikes to the face and one knee strike. The strikes broke his resistance, got him flat on the ground, got his hands behind his back and gained his compliance.

During the scuffle my right thumb was injured. I experienced pain radiating down my full thumb and there was a blood blister with cut skin on the pad of my thumb. Additionally my left knee was ripped open.

During the scuffle my prescription glasses were thrown from my face and onto the concrete scratching the left lense.

Rec. Herrick and Sergeant Garza escorted Pillans to the gang way where he was photographed and evaluated by medics. They suggested a trip to the ER for possible stitches. Rec. Herrick took photographs of Pallins and his injuries.

We transported him to BRH where he received medical treatment. While at the hospital, Pallins made many strange statements, but also played with the handcuffs and attempted to slip his cuffs to the front quickly. He kept making mention of going to Bullwinkles, using a candy vending machine and travel.

At one point he asked if I wanted to talk about what happened at the dock. I told him I wasn't sure what there was to talk about. We told him if he resisted what would happen. I told him he chose the outcome. He responded with something similar to "yeah".

We were there for about an hour and a half before Rec. Savage and Ofc. Malone transported him to LCCC and lodged him.

Case 1:25-cv-00012-SLG    Document 1-3    Filed 08/18/25    Page 22 of 26

| | **NARRATIVE** | ☐ **JUVENILE** |
|---|---|---|

**NARRATIVE TITLE:** SUPP BY ASSIST OFFICER - OFC HENNINGS-BOOTH

**NARRATIVE:**
I ASSISTED IN THIS CASE BY DOING THE FOLLOWING

On 08/21/2022 at 2119 hours, I responded to Float D4 of Statter Harbor (11497 Auke Bay Harbor Rd), for a report of a Disturbance. Complainant, Erika Judson, reported that William Pillans had pushed her and was acting irate. Pillans was throwing belongs on the dock that belonged to his sister, Jessica Pillans, and her daughter. Judson advised her boat was the Dusky Rock on D4 and Pillans boat was a sailboat right across from her boat on D4. Judson also stated that Pillans was wearing a green bomber jacket and blue jeans.

Prior to arriving on scene, Dispatch advised that Pillan's had Officer Safety Advisements of, "Violent, threats of blowing up law enforcement, resisting arrest, claims to mental health issues, and history of threating friends and family members with weapons." Dispatch also advised that he had a felony $350,955 extraditable arrest warrant out of Montana for charges of ▮▮▮▮▮▮▮▮▮▮▮▮violation of conditions of release, criminal endangerment, assault on a police officer, and a DUI. Dispatch stated they were going to contact Montana Law Enforcement to see if they wanted to extradite the warrant. Dispatch also emailed all patrol units an ID photograph of Pillans.

Upon arriving on scene, Ofc Savage, Ofc Malone and I walked down into the harbor dock and over to Float D4. I recognized Erika Judson and her boat the Dusky Rock from prior police contacts. She stated Pillans was in the sail boat across from her. Inside of the sailboat on the stern side, I observed a male inside the boat that matched the description Judson gave and the ID photo Dispatch emailed.

Ofc Malone and Ofc Savage began to speak with Pillans. While they spoke with him, I noticed he displayed very odd behaviors and appeared to be lying. When asked what his name was, he stated he was not William. When he was asked if any weapons were in the boat, he became verbally resistive and did not want to fully answer the questions by saying things like "Perhaps" and being defiant to other questions about weapons. He stated he had weapons and were not on his person, but was not telling us where they were. Also while these questions were being asked I noticed he would look down and to the right as if he was telegraphing where a possible weapon may be. While we were speaking with him, Dispatch advised Montana wanted to extradite the arrest warrant.

Once Sgt Garza, Ofc Vaughan, and Ofc Herrick arrived, Ofc Malone advised Pillans of his warrant and told him that he was under arrest. Pillans stated he was not getting out of the boat, so Sgt Garza stepped onto boat and pulled Pillans out of the inside stern area and onto harbor dock. Ofc Herrick, Ofc Savage, and Ofc Malone began place him in handcuffs until he became resistive by pulling his arms away and fight with us. I grabbed onto Pillans, put him in a head and arm lock, and dragged him down to the dock. I noticed he held his left arm straight down onto the dock to keep the front of body off of the dock. My arm was stuck between Ofc Vaughan and Pillans but once I was able to get it out, I noticed his arm was still holding him up of the dock. I then knee struck him to the left side of his face 3-4 times with my left knee. After I delivered the knee strikes, his body fell down to the ground and I was able to twist his left arm behind his back. Ofc Malone was then able to restrain him in handcuffs.

During this altercation, I observed my BWC had fallen off of my BWC mount, onto the harbor deck and the recording was stopped.

After Pillans was restrained in handcuffs, I searched his person for weapons and means of escape while he was on the dock floor. I did not locate any prohibited items on his person. Pillans was then stood up, escorted to the top of the gangway, and sat down onto a bench.

**NARRATIVE TITLE:** SUPP BY ASSIST OFFICER - OFC HENNINGS-BOOTH

**NARRATIVE:**

CCFR was called to respond and examine Pillans for injuries. They recommended that Pillans go to the hospital.

Pillans was then transported to BRH of Ofc Vaughan and Ofc Herrick.

THIS CONCLUDES MY INVOLVEMENT IN THE CASE

| CASE NUMBER:<br>220821-005 | **JUNEAU POLICE<br>DEPARTMENT**<br><br>**ARREST REPORT** | ORI #<br>AK0010300 |
|---|---|---|
| | | ARREST #<br>117684315 |

## ADMINISTRATIVE INFORMATION

| REPORT DATE | DATE/TIME OF ARREST<br>08/21/2022 21:35:00 | TYPE OF ARREST<br>☐ ON VIEW | ☐ SUMMONS/CITED | ☑ TAKEN INTO CUSTODY |
|---|---|---|---|---|

| LOCATION OF ARREST<br>AK | | MULTIPLE CLEARANCE | DISPOSITION (UNDER 18) |
|---|---|---|---|

| BOOKING OFFICER | DATE/TIME BOOKED | HOLDING OFFICER OR FACILITY |
|---|---|---|

## ARRESTEE INFORMATION

| NAME (LAST, FIRST MIDDLE)<br>PILLANS, WILLIAM JAMES | DOB<br>08/18/1996 | RACE<br>W | AGE<br>26 | SEX<br>M |
|---|---|---|---|---|

| ADDRESS<br>3765 HWY 40 W  COLUMBIA FALLS MT 59912 | OLN #<br>0807419964118 | OLN STATE<br>MT |
|---|---|---|

| HOME # | CELL # | WORK # | DOMINANT HAND | SSN | HEIGHT<br>511 | WEIGHT<br>170 |
|---|---|---|---|---|---|---|

| HAIR COLOR | HAIR STYLE | HAIR LENGTH | EYE COLOR<br>BLUE | GLASSES<br>☐ | BUILD | ETHNICITY<br>N |
|---|---|---|---|---|---|---|

| SCARS, MARKS, TATTOOS | FACIAL HAIR | TEETH | SPEECH/VOICE |
|---|---|---|---|

| NEAREST RELATIVE | RESIDENCE STATUS | IF ARMED, TYPE OF WEAPON |
|---|---|---|

| DOCTOR'S NAME | DOCTOR'S PHONE | ARRESTEE OCCUPATION |
|---|---|---|

| EMPLOYER | EMPLOYER PHONE | EMPLOYER ADDRESS |
|---|---|---|

## CHARGES

| F/M | STATUTE CODE | STATUTE DESCRIPTION | COUNTS |
|---|---|---|---|
| M | AS 11.41.230(A)(1) | ASSAULT 4TH PO (INJURY) | 1 |
| M | AS 11.41.230(A)(1) | ASSAULT 4TH PO (INJURY) | 1 |
| M | AS 11.41.230(A)(1) | ASSAULT 4TH PO (INJURY) | 1 |

## RELEASE INFORMATION

| RELEASING OFFICER | RELEASE DATE | AGENCY RELEASED TO | BOND RELEASE INFO. | BOND AMOUNT |
|---|---|---|---|---|

## NARRATIVE

NARRATIVE TITLE:

NARRATIVE:

| REPORTING OFFICER | ARRESTING OFFICER<br>212     SAVAGE, BECKETT M | APPROVING OFFICER |
|---|---|---|

Case 1:25-cv-00012-SLG   Document 1-3   Filed 08/18/25   Page 25 of 26

| CASE NUMBER:<br>220821-005 | JUNEAU POLICE DEPARTMENT<br>**ARREST REPORT**<br>ADDITIONAL CHARGES | ORI #<br>AK0010300 |
|---|---|---|
| | | ARREST #<br>117684315 |

| CHARGES | | | |
|---|---|---|---|
| **F/M**<br>M | **STATUTE CODE**<br>AS 11.41.230(A)(1) | **STATUTE DESCRIPTION**<br>ASSAULT 4TH PO (INJURY) | **COUNTS**<br>1 |
| **F/M**<br>M | **STATUTE CODE**<br>AS 11.56.700(a)(1) | **STATUTE DESCRIPTION**<br>RESISTING/INTERFERING WITH ARREST (ASSAULTIVE-LEOKA) - FORCE | **COUNTS**<br>1 |
| **F/M**<br>I | **STATUTE CODE**<br>AS 12.70.010 | **STATUTE DESCRIPTION**<br>FUGITIVES FROM OTHER STATES AND DUTY OF GOVERNOR (FUGITIVE FROM JUSTICE) | **COUNTS**<br>1 |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |
| **F/M** | **STATUTE CODE** | **STATUTE DESCRIPTION** | **COUNTS** |